UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| VINCENT PEGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-cv-00096-TWP-TAB |
| | ) |
| STEVE BUSH, | ) |
| GENE PERROT, | ) |
| CHRIS ROY, | ) |
| | ) |
| Defendants. | ) |

**ORDER ACCEPTING JOINT STIPULATION OF DISMISSAL
AND DIRECTING DISMISSAL OF ACTION**

The Stipulation of Dismissal between Plaintiff, Vincent Pegan,[1] and Defendants, Sheriff Steve Bush, Captain Gene Perrot, and Sgt. Chris Roy, having been submitted for the consideration of the Court, the Court finding the terms proper pursuant to Fed. R. Civ. P. 41(a)(2), and the Court being otherwise fully advised, now **approves** the Stipulation of Dismissal between Plaintiff and Defendants and **grants** the Joint Motion to Enter Order of Dismissal, dkt. [107]. **It is hereby ordered** that this cause of action is **dismissed with prejudice**, with each of the parties to pay their own costs, expenses, and attorneys' fees. All pending motions, dkts. [56], [86], [98], are **denied as moot**. The **clerk is directed** to close this action on the docket. No judgment is required under these circumstances.

**IT IS SO ORDERED.**

Date: 11/20/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

---

[1] Mr. Pegan was represented by recruited counsel, Hamish S. Cohen, from Mattingly, Burke, Cohen, & Biederman LLP. The Court thanks Mr. Cohen for his service.

Distribution:

VINCENT PEGAN
121899
FLOYD COUNTY JAIL
FLOYD COUNTY JAIL
Inmate Mail/Parcels
311 Hauss Sq.
New Albany, IN 47150

Brianna Nicole Berry
Dressman Benzinger LaVelle, PSC
bberry@sbmkylaw.com

Hamish S. Cohen
Mattingly Burke Cohen & Biederman LLP
hamish.cohen@mbcblaw.com

Patrick Muldoon
BARNES MALONEY PLLC
pmuldoon@sbmkylaw.com

Justin M. Schaefer
BARNES MALONEY PLLC
jschaefer@sbmkylaw.com